UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
MANDY POULIN, as Executrix of the Estate of :
KURT HIEBAUM, and MANDY POULIN, :
Individually, :
             Plaintiffs, :
              :
v. :
              :
UNITED STATES OF AMERICA, :
             Defendant. :
--------------------------------------------------------------x

**ORDER**

19 CV 10959 (VB)

      On July 20, 2020, plaintiffs filed on the ECF docket their "Combined Demands for Discovery and Inspection." (Doc. #35).

      Discovery requests and responses should be sent to the opposing party, and only filed with the Court in connection with a motion or application for relief. Fed. R. Civ. P. 5(d)(1); S.D.N.Y. Local Civ. R. 5.1.

      In the future, plaintiff shall not file on the ECF docket discovery requests or responses, unless in connection with a motion or application for relief.

Dated: July 21, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge